UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONTAE L. McFADDEN,<br><br>Petitioner,<br><br>v.<br><br>STATE OF CALIFORNIA,<br><br>Respondent. | No. 2:19-cv-01056 TLN GGH P<br><br>ORDER TO SHOW CAUSE |

Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. §2254. The matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1) and Local Rule 302(c). On September 16, 2019, respondent filed a motion to dismiss. ECF No. 13. Petitioner, however, has failed to file an opposition, or statement of non-opposition within the requisite deadline. See ECF No. 8.

Accordingly, IT IS HEREBY ORDERED that petitioner shall show cause, in writing, within 14 days, why this matter should not be dismissed for failure to prosecute and/or to follow a

////
////
////
////
////

1

Court order pursuant to Federal Rule of Civil Procedure 41(b).  The filing of an opposition, or statement of non-opposition, within this timeframe will serve as cause and will discharge this order.

Dated: November 4, 2019

                                       /s/ Gregory G. Hollows
                             UNITED STATES MAGISTRATE JUDGE